**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICHAEL E. ERMITANO, | ) NO. EDCV 10-1299-JFW (MAN) |
| Petitioner, | ) |
| v. | ) JUDGMENT |
| JAMES D. HARTLEY, Warden, | ) |
| Respondent. | ) |

Pursuant to the Court's Order: Dismissing Petition Without Prejudice; and Denying Certificate of Appealability,

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice, for failure to exhaust available state remedies.

DATED: September 1, 2010.

JOHN F. WALTER
UNITED STATES DISTRICT JUDGE